NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOHN A. BROWN,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3118

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110629-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of the Army moves without opposition for a 30-day extension of time, until December 14, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

JOHN BROWN V. ARMY                                                                2

The motion is granted.

                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s27